UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| GATE GUARD SERVICES, L.P. and BERT STEINDORF | : : : |
| Plaintiffs | : : |
| v. | : Civil Action No. 6:10-cv-00091 : |
| HILDA L. SOLIS, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR | : : : : |
| Defendant/Counter-Plaintiff v. | : : : |
| GATE GUARD SERVICES, L.P., BERT STEINDORF and SIDNEY L. SMITH | : : : : |
| Counter-Defendants | : |

### SECRETARY'S UNOPPOSED MOTION TO WITHDRAW THE SECRETARY'S MOTION TO COMPEL  (DOCKET NO. 100)

COMES NOW, Hilda L. Solis, Secretary of Labor, United States Department of Labor (the "Secretary"), Defendant/Counter-Plaintiff, and hereby files the *Secretary's Unopposed Motion to Withdraw the Secretary's Motion to Compel (Docket No.100)*, showing the Court as follows:

The Secretary filed the *Secretary's Motion to Compel* (Docket No. 100) under seal on November 28, 2011.  Since that time, the parties have satisfactorily resolved the issues upon which the Secretary's motion to compel was based.  As such, the Secretary hereby moves to withdraw the *Secretary's Motion to Compel* (Docket No. 100).  Each party is responsible for its own attorneys' fees, costs, and expenses regarding the *Secretary's Motion to Compel*.

2

|  |  |
|---|---|
|  | Respectfully Submitted, |
|  | M. PATRICIA SMITH<br>Solicitor of Labor |
|  | JAMES E. CULP<br>Regional Solicitor |
| U. S. Department of Labor<br>Office of the Solicitor<br>525 Griffin Street, Suite 501<br>Dallas, Texas 75202<br>Telephone:  972-850-3100<br>Facsimile:   972-850-3101 | MARGARET TERRY CRANFORD<br>Counsel for Wage and Hour |
|  | /s/ Jennifer J. Johnson<br>COLLEEN B. NABHAN<br>Attorney-In-Charge<br>Texas Bar No. 14769500<br>RICHARD M. MOYED<br>Texas Bar No. 14612550<br>JENNIFER J. JOHNSON<br>Texas Bar No. 24055743 |
|  | JOSE ANGEL MORENO<br>United States Attorney |
|  | JOHN A. SMITH III<br>Assistant United States Attorney<br>Southern District of Texas No. 8638<br>Texas Bar No. 18627450<br>800 North Shoreline, Suite 500<br>Corpus Christi, Texas  78401<br>Telephone:  (361) 888-3111<br>Facsimile:  (361) 888-3200<br>E-mail: john.a.smith@usdoj.gov |
|  | Attorneys for Defendant/Counter-Plaintiff |

## CERTIFICATE OF CONFERENCE

On December 21, 2011, Counsel for the Secretary Jennifer J. Johnson conferred with counsel for Gate Guard Services LP, Bert Steindorf, and Sidney Smith (collectively, "GGS") regarding the filing of this instant motion. GGS does not oppose this motion.

By:   /s/ Jennifer J. Johnson
JENNIFER J. JOHNSON

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

By:   /s/ Jennifer J. Johnson
JENNIFER J. JOHNSON