UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| GATE GUARD SERVICES, L.P.<br>and BERT STEINDORF,<br><br>Plaintiffs,<br><br>v.<br><br>HILDA L. SOLIS, SECRETARY OF LABOR,<br>UNITED STATES DEPARTMENT OF LABOR,<br><br>Defendant/Counter-Plaintiff,<br><br>v.<br><br>GATE GUARD SERVICES, L.P.,<br>BERT STEINDORF and<br>SIDNEY L. SMITH<br><br>Counter-Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action File No. 6:10-cv-91<br><br>JURY |

## SCHEDULING ORDER

It is hereby ORDERED that the Parties' Joint Motion to Extend Deadlines in the June 20, 2011 Scheduling Order [Dkt. # 42] is GRANTED and the Scheduling Order is modified as follows:

1. DISCOVERY, except as noted below, will be completed by:            12/30/11

   Defendant/Counter-Plaintiff shall have a one month extension of the discovery deadline, through and including January 31, 2012, for completion of the depositions of Jaime Hime, Theresa Rhodes, and Roger Cooper only.

   Plaintiffs shall have thirty (30) days from the date of any Order granting the Motion to Compel [Dkt. # 58] in which to conduct additional discovery with regard to the subjects contained in the Motion to Compel.

2. MOTIONS will be filed as follows:

If Gate Guard Services, L.P.'s Motion to Compel [Dkt. # 58] is granted, the deadline for filing dispositive motions shall be the later of February 20, 2012 or sixty (60) days after the date of the Court's Order granting the Motion to Compel.

If Gate Guard Services, L.P.'s Motion to Compel [Dkt. # 58] is not granted, the deadline for filing dispositive motions shall be the later of February 20, 2012 or thirty (30) days after the date of the Court's Order on the Motion to Compel.

3. JOINT PRETRIAL ORDER is due:  Sixty (60) days after dispositive motions are due

4. TRIAL is set:  Thirty (30) days after the Joint Pretrial Order is due.

**SIGNED** this 23rd day of December, 2011.

_____
JOHN D. RAINEY
SENIOR U.S. DISTRICT JUDGE