UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| GATE GUARD SERVICES, L.P. and BERT STEINDORF, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | |
| HILDA L. SOLIS, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | Civil Action File No. 6:10-cv-91 JURY |
| Defendant/Counter-Plaintiff, | ) ) ) | |
| v. | ) ) ) | |
| GATE GUARD SERVICES, L.P., BERT STEINDORF and SIDNEY L. SMITH | ) ) ) ) | |
| Counter-Defendants. | | |

### NOTICE OF WITHDRAWAL OF COUNSEL

NOW COMES Kelly E. Campanella and hereby files her Notice of Withdrawal of Counsel. With this Notice, Kelly E. Campanella hereby withdraws as counsel for Plaintiff/Counter-Defendants Gate Guard Services, L.P., Bert Steindorf and Counter-Defendant Sidney L. Smith. Annette A. Idalski and Daniel D. Pipitone will continue to represent Plaintiff/Counter-Defendants Gate Guard Services, L.P. and Bert Steindorf in this matter.

Respectfully submitted this 1st day of February, 2012.

**CHAMBERLAIN HRDLICKA
WHITE WILLIAMS & AUGHTRY**

By: */s/ Kelly E. Campanella*
    Kelly E. Campanella
    Federal I.D. No. 1136062
    Annette A. Idalski
    Texas Bar No. 00793235
    Federal I.D. No. 1130754
    191 Peachtree Street, N.E.
    Thirty-Fourth Floor
    Atlanta, GA 30303-1747
    Telephone: (404) 588-3570
    Facsimile: (404) 588-3571

    Daniel D. Pipitone
    Texas Bar No. 16024600
    Federal I.D. 0294
    1200 Smith Street
    14th Floor
    Houston, TX 77002-4310
    Telephone: (713) 654-9670
    Facsimile: (713) 356-1070

    *Counsel for Plaintiffs/Counter-
    Defendants Gate Guard Services,
    L.P. and Bert Steindorf and Counter-
    Defendant Sidney L. Smith*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| GATE GUARD SERVICES, L.P. and BERT STEINDORF, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | |
| HILDA L. SOLIS, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | Civil Action File No. 6:10-cv-91  JURY |
| Defendant/Counter-Plaintiff, | ) ) ) | |
| v. | ) ) ) | |
| GATE GUARD SERVICES, L.P., BERT STEINDORF and SIDNEY L. SMITH | ) ) ) ) ) | |
| Counter-Defendants. | ) | |

## CERTIFICATE OF SERVICE

This is to certify that on this date I have electronically filed the foregoing NOTICE OF WITHDRAWAL OF COUNSEL with the Clerk of Court via the CM/ECF system as follows:

UNITED STATES DEPARTMENT OF LABOR
Colleen B. Nabhan
Office of the Solicitor
525 Griffin Street, Suite 501
Dallas, Texas 75202
nabhan.colleen@dol.gov

OFFICE OF UNITED STATES ATTORNEY
John A. Smith
800 N Shoreline Blvd., Suite 500
Corpus Christi, Texas 78401
john.smith@usdoj.gov

This 1st day of February, 2012.

        **CHAMBERLAIN HRDLICKA**
        **WHITE WILLIAMS & AUGHTRY**

By: _/s/ Annette A. Idalski_
     Annette A. Idalski
     Texas Bar No. 00793235