UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

_____

GATE GUARD SERVICES, L.P. and        :
BERT STEINDORF                        :
                                      :
          Plaintiffs/Counter-Defendants :
                                      :
     v.                               :   Civil Action No.   6:10-cv-00091
                                      :
HILDA L. SOLIS, SECRETARY OF LABOR,  :
UNITED STATES DEPARTMENT OF           :
LABOR                                 :
                                      :
          Defendant/Counter-Plaintiff :
_____

**NOTICE OF AGREED EXTENSION OF TIME TO RESPOND TO THE SECRETARY'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

COME NOW Plaintiffs/Counter-Defendants Gate Guard Services, L.P. ("GGS") and Bert Steindorf (collectively, "Plaintiffs") and, pursuant to this Court's procedures, respectfully notify the Court that the Parties have agreed to extend the time for Plaintiffs to respond to the Secretary's Motion for Partial Summary Judgment.

Pursuant to the Parties agreement, Plaintiffs' response to the Secretary's Motion for Partial Summary Judgment shall not be due until after this Court issues an Order on GGS's Motion to Compel (Dkt. # 58.)   Specifically, if the Court grants GGS's Motion to Compel, Plaintiffs' response to the Secretary's Motion for Summary Judgment shall be due sixty (60) days after the date GGS's Motion to Compel is granted by the Court.   If GGS's Motion to Compel is denied, Plaintiffs' response to the Secretary's Motion for Partial Summary Judgment shall be due thirty (30) days after the date GGS's Motion to Compel is denied by the Court.

Respectfully submitted this 18th day of May, 2012.

CHAMBERLAIN, HRDLICKA,
WHITE, WILLIAMS & AUGHTRY

By : :   */s/ Annette A. Idalski*
    Annette A. Idalski
    Texas Bar No.  0793235
    191 Peachtree Street, Suite 3400
    Atlanta, Georgia  30303
    Telephone:  (404) 658-5386
    Facsimile:   (404) 659-1852
    annette.idalski@chamberlainlaw.com

    Daniel D. Pipitone
    Texas Bar No. 16024600
    1200 Smith Street
    14th Floor
    Houston, Texas 77002-4310
    Telephone: (713) 654-9670
    Facsimile: (713) 356-1070
    pipitone@chamberlainlaw.com

*Counsel for Plaintiffs/Counter-Defendants Gate Guard Services, L.P. and Bert Steindorf*

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on this date I have electronically filed the foregoing NOTICE OF

AGREED EXTENSION OF TIME TO RESPOND TO THE SECRETARY'S MOTION FOR

PARTIAL SUMMARY JUDGMENT with the Clerk of Court via the CM/ECF system and have

served a copy of the same via the CM/ECF system on:

UNITED STATES DEPARTMENT OF LABOR
Colleen B. Nabhan
525 Griffin Street, Suite 501
Dallas, Texas 75202
nabhan.colleen@dol.gov

OFFICE OF UNITED STATES ATTORNEY
John A. Smith, III
800 N Shoreline Blvd, Suite 500
Corpus Christi, Texas 78401
john.smith@usdoj.gov

This 18th day of May, 2012.

**CHAMBERLAIN HRDLICKA
WHITE WILLIAMS & AUGHTRY**

By:__*/s/ Annette A. Idalski*_____
Annette A. Idalski
Texas Bar No. 00793235