UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| GATE GUARD SERVICES L.P. *et al.*, | § § § § | |
| Plaintiffs/Counter-Defendants, | § | |
| v. | § § | CIVIL ACTION NO. V-10-91 |
| HILDA SOLIS, Secretary of Labor, United States Dept. of Labor, | § § § § | |
| Defendant/Counter-Plaintiff. | § | |

## ORDER

Pursuant to the Parties' Joint Dismissal of All Claims in the Parties' Respective Amended Complaints as to the Service Technicians of Gate Guard Services, L.P. (Dkt. No. 99), all claims regarding the Service Technicians of Gate Guard Services, LP set forth in the Parties' respective Amended Complaints are hereby **DISMISSED**.

It is so **ORDERED**.

SIGNED this ___16ᵗʰ___ day of ___October___, 2012.

JOHN D. RAINEY
SENIOR U.S. DISTRICT JUDGE