UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| GATE GUARD SERVICES L.P. *et al.*, | § | |
| | § | |
| Plaintiff/Counter–Defendants, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. V–10–91 |
| | § | |
| HILDA L. SOLIS, Secretary of Labor, | § | |
| United States Dept. of Labor, | § | |
| | § | |
| Defendant/Counter–Plaintiff. | § | |

FINAL JUDGMENT

For the reasons stated in this Court's Memorandum Opinion & Order entered this date, judgment is hereby entered in favor of Plaintiffs/Counter–Defendants Gate Guard Services, L.P. and Bert Steindorf, and against Defendant/Counter–Plaintiff Hilda L. Solis, Secretary of Labor, United States Department of Labor.

This is a **FINAL JUDGMENT**.

SIGNED this _13th_ of _February_ 2013.

JOHN D. RAINEY
SENIOR U.S. DISTRICT JUDGE