**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

| | | |
|---|---|---|
| GATE GUARD SERVICES, L.P. | § | |
| and BERT STEINDORF, | § | |
| | § | |
| Plaintiffs/Counter-Defendants, | § | Civil Action File |
| | § | No. 6:10-cv-91 |
| v. | § | |
| | § | |
| THOMAS E. PEREZ, SECRETARY OF LABOR, | § | |
| UNITED STATES DEPARTMENT OF LABOR, | § | |
| | § | |
| Defendant/Counter-Plaintiff. | § | |
| | § | |

**NOTICE OF APPEARANCE BY NOLAN C. KNIGHT ON BEHALF OF PLAINTIFFS**
**GATE GUARD SERVICES, L.P. AND BERT STEINDORF**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Gate Guard Services, L.P. and Bert Steindorf ("the Plaintiffs"), who respectfully submit this Notice of Appearance by Nolan C. Knight:

**I.**

Plaintiffs presently are represented by Daniel D. Pipitone, of the law firm Munsch, Hardt, Kopf & Harr, P.C. Plaintiffs wish for Nolan C. Knight, also with the law firm Munsch, Hardt, Kopf & Harr, P.C., to appear as co-counsel of record on Plaintiffs' behalf.

**II.**

Plaintiffs therefore respectfully request this Honorable Court enter the appearance of Nolan C. Knight as co-counsel of record. Daniel D. Pipitone shall retain the role of "attorney in charge" within the meaning of Local Rule 11.

**MUNSCH, HARDT, KOPF & HARR, P.C.**

By: */s/ Nolan C. Knight*
    Daniel D. Pipitone
    State Bar No. 16024600
    700 Milam Street, Suite 2700
    Houston, Texas  77002
    Telephone:(713) 222-1470
    Facsimile: (713) 222-1475

    Nolan C. Knight
    State Bar No. 24027125
    3800 Lincoln Plaza
    500 North Akard
    Dallas, Texas 75201
    Telephone: (214) 855-7500
    Facsimile: (214) 855-7584

    *Counsel for Plaintiffs/Counter-
    Defendants*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

| | | |
|---|---|---|
| GATE GUARD SERVICES, L.P. | § | |
| and BERT STEINDORF, | § | |
| | § | |
| Plaintiffs/Counter-Defendants, | § | Civil Action File |
| | § | No. 6:10-cv-91 |
| v. | § | |
| | § | |
| THOMAS E. PEREZ, SECRETARY OF LABOR, | § | |
| UNITED STATES DEPARTMENT OF LABOR, | § | |
| | § | |
| Defendant/Counter-Plaintiff, | § | |

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on this date I have filed **Plaintiffs Gate Guard Services, L.P. and Bert Steindorf's Notice of Appearance by Nolan C. Knight** with the Clerk of Court via the CM/ECF system, which will automatically send a copy of the same to:

UNITED STATES DEPARTMENT OF LABOR
Richard Moyed
Colleen B. Nabhan
Janice L. Holmes
Jennifer J. Johnson
Office of the Solicitor
525 Griffin Street, Suite 501
Dallas, Texas 75202

OFFICE OF UNITED STATES ATTORNEY
John A. Smith, III
Lawrence M. Ludka
800 N Shoreline Blvd, Suite 500
Corpus Christi, Texas 78401

This 9th day of June, 2014.

MUNSCH, HARDT, KOPF & HARR, P.C.

By: */s/ Nolan C. Knight* _____